**SUMMONS - CIVIL**
(Except Family Actions)
JD-CV-1 Rev. 6-97
C.G.S. §51-346, 51-347, 51-349, 51-350, 52-45a
52-48, 52-259, P.B. Sec. 49, 63, 66

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

| "X" ONE OF THE FOLLOWING |
|---|
| *Amount, legal interest or property in demand, exclusive of interest and costs is:* |
| ☐ less than $2,500 |
| ☐ $2,500 through $14,999.99 |
| ☒ $15,000 or more ("X" if applicable) |
| ☒ Claiming other relief in addition to or in lieu of money or damages. |

**INSTRUCTIONS**

1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 49 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| RETURN DATE (mo., day, yr.) |
|---|
| September 25, 2007 |

| ☒ JUDICIAL DISTRICT | | AT (Town in which writ is returnable)(C.G.S. 51-346, 51-349) | CASE TYPE (From case type list-see back) |
|---|---|---|---|
| ☐ HOUSING SESSION ☐ GA NO. | | Hartford at Hartford | Major P  Minor 00 |

| ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-347, 51-350) | TELEPHONE NUMBER |
|---|---|
| 95 Washington Street, Hartford, CT 06106 | |

| PARTIES | NAME AND ADDRESS OF EACH PARTY     NOTE: Individual's Names (No., street, town and zip code)     Last, First, Middle Initial | PTY NO |
|---|---|---|
| | ☐ Form JD-CV2 attached | |
| FIRST NAMED PLAINTIFF | The Bank of New York, as Trustee for BS ALT A 2005-9 c/o Americas Servicing Company for Norwest Home Improvement, 3476 State View, Ft. Mill, SC 29715 | 01 |
| Additional Plaintiff | | 02 |
| FIRST NAMED DEFENDANT | Bell, Sonja V., 54 Main Street, Glastonbury, CT 06073 | 50 |
| Additional Defendant | Mortgage Electronic Registration Systems, Inc. as Nominee for Altara Home Mortgage, LLC, c/o Secretary, 3300 SW 34th Avenue, Suite 101, Ocala, FL 34474 | 51 |
| Additional Defendant | | 52 |
| Additional Defendant | | 53 |

**NOTICE TO EACH DEFENDANT**

1. You are being sued.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.

6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE | SIGNED (Sign and "X" proper box) | ☒ Comm. of Superior Court | TYPE NAME OF PERSON SIGNING AT LEFT. |
|---|---|---|---|
| September 5, 2007 | | ☐ Assistant Clerk | Andrew Barsom |

**FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:**

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) | TELEPHONE NO. | JURIS NO. (If atty or law firm) |
|---|---|---|
| Hunt Leibert Jacobson, PC, 50 Weston St., Hartford, CT 06120 | (860) 246-5889 | 101589 |

| NAME AND RESIDENCE OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No. street, town and zip) | SIGNATURE OF PLAINTIFF IF PRO SE |
|---|---|
| Sheri Lyn Lageux of 50 Weston St., Hartford, CT 06120 | |

| # PLFS. | # DEFS. | # CNTS. | SIGNED (official taking recognizance "x" proper box) | ☒ Comm. of Superior Court | For Court Use Only |
|---|---|---|---|---|---|
| 1 | 2 | 1 | | ☐ Assistant Clerk | FILE DATE |

**IF THIS SUMMONS IS SIGNED BY A CLERK:**
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|

| Summons File No. 03349-01039 | ORIGINAL |
|---|---|

| RETURN DATE: SEPTEMBER 25, 2007 | : | SUPERIOR COURT |
|---|---|---|
| THE BANK OF NEW YORK, AS TRUSTEE FOR BS ALT A 2005-9 | : | JUDICIAL DISTRICT OF HARTFORD |
| VS: | : | AT HARTFORD |
| | : | |
| SONJA V. BELL, ET. AL | : | SEPTEMBER 5, 2007 |

## COMPLAINT

1.    The Plaintiff, The Bank of New York, as Trustee for BS ALT A 2005-9 has an office and place of business with an address of 3476 State View, Ft. Mill, SC 29715.

2.    At all times complained of herein, the Defendant(s), Sonja V. Bell, owned real property situated in the Town of Glastonbury, County of Hartford and State of Connecticut known as 54 Main Street,   (hereinafter the "Property") being more particularly described in Schedule A attached hereto and made a part hereof.

3.    On or about June 17, 2005, the Defendant(s), Sonja V. Bell, executed and delivered to Altara Home Mortgage, LLC, a Note (the "Note") for a loan in the original principal amount of $650,000.00.

4.    On said date to secure said Note the Defendant(s), Sonja V. Bell, did execute and deliver to Mortgage Electronic Registration Systems, Inc. as Nominee for Altara Home Mortgage, LLC, a Mortgage on the Property.  Said Mortgage was dated June 17, 2005 and recorded June 23, 2005 in Volume 2205 at Page 298 of the Glastonbury Land Records. . Said Mortgage was assigned to The Bank of New York, as Trustee for BS ALT A 2005-9 by virtue of an Assignment of Mortgage to be recorded on the Glastonbury Land Records.  The Plaintiff, The Bank of New York, as Trustee for BS ALT A 2005-9, is the holder of said Note and Mortgage

5.    Said Note is in default and the Plaintiff, The Bank of New York, as Trustee for BS ALT A 2005-9 as the holder of said Mortgage and Note has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

03349-01039

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589

6.      The Plaintiff has provided written notice in accordance with the Note and Mortgage to the Defendant(s) of the default under the Note and Mortgage, but said Defendant(s) have failed and neglected to cure the default.  The Plaintiff has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

7.      The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are prior in right to the Mortgage herein:

a.      The Town/City of Glastonbury may claim an interest in the Property by virtue of inchoate liens for real estate taxes on the Grand Lists of October 1, 2002 and thereafter.

b.      Propane Gas Service, Inc. claims an interest in the Property by virtue of a UCC-1 Financing Statement in the amount of $2,869.00 recorded on November 04, 2004 in Volume 2126 at Page 327 of the Glastonbury Land Records.

c.      Town of Glastonbury claims an interest in the Property by virtue of a Tax Lien in the amount of $11,471.60 dated April 05, 2007 and recorded on April 05, 2007 in Volume 2435 at Page 300 of the Glastonbury Land Records.

8.      The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are subsequent in right to the Mortgage herein:

a.      The Defendant, Mortgage Electronic Registration Systems, Inc. as Nominee for Altara Home Mortgage, LLC claims an interest in the Property by virtue of a Mortgage in the amount of $148,000.00 dated June 17, 2005 and recorded on June 23, 2005 in Volume 2205 at Page 317 of the Glastonbury Land Records.

9.      The Defendant(s) Sonja V. Bell, is the owner of the equity of redemption of the Property and, on information and belief, is in possession of the Property.

10.     The Plaintiff, The Bank of New York, as Trustee for BS ALT A 2005-9, has further caused a Lis Pendens to be recorded on the Land Records of the Town of Glastonbury.  A copy of said Lis Pendens is attached hereto as Exhibit A.

11.     The Plaintiff, The Bank of New York, as Trustee for BS ALT A 2005-9, has further caused a notice to be given to the Defendant(s), Sonja V. Bell, of her rights pursuant to the Statutes

03349-01039

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

pertaining to unemployment and underemployment by annexing to this Writ, Summons and Complaint a copy of the notice provided for in said Statute.

03349-01039

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589

WHEREFORE, the plaintiff claims:

1.     Foreclosure of the Mortgage;
2.     Possession of the Property;
3.     Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);
4.     A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);
5.     Interest (unless same has been precluded by virtue of a Bankruptcy filing);
6.     Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);
7.     Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and
8.     Such other and further relief as the Court may deem just and equitable.

Notice is hereby given to the Defendant(s) that the Plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action out of any debt accruing to said Defendant(s) by reason of their personal services, (unless same has been precluded by virtue of a Bankruptcy filing).

Dated at Hartford, Connecticut on September 5, 2007.

Plaintiff

By _____

Andrew Barsom, Esq.
Hunt Leibert Jacobson, P.C.
Its Attorneys

03349-01039

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

RETURN DATE: SEPTEMBER 25, 2007   :   **SUPERIOR COURT**

THE BANK OF NEW YORK, AS TRUSTEE   :   **JUDICIAL DISTRICT OF HARTFORD**
FOR BS ALT A 2005-9
VS:   :   **AT HARTFORD**
  :
SONJA V. BELL, ET. AL   :   **SEPTEMBER 5, 2007**

<u>STATEMENT OF AMOUNT IN DEMAND</u>

The amount, legal interest, or property in demand is not less than $15,000.00, exclusive of interest and costs.

Plaintiff

By _____
Andrew Barsom, Esq.
Hunt Leibert Jacobson, P.C.
Its Attorneys

03349-01039

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

RETURN DATE: SEPTEMBER 25, 2007    :    **SUPERIOR COURT**

THE BANK OF NEW YORK, AS TRUSTEE  :    **JUDICIAL DISTRICT OF HARTFORD**
FOR BS ALT A 2005-9

VS:    :    **AT HARTFORD**

             :

SONJA V. BELL, ET. AL    :    **SEPTEMBER 5, 2007**

NOTICE TO HOMEOWNER

If you are a homeowner, under the terms of Conn. Gen. Stat. Section 49-31d, et seq., you are hereby given notice that under those statutes, if you are UNEMPLOYED or UNDER-EMPLOYED you may make application to the Court to which this matter is returnable for relief from foreclosure.  You may qualify for relief under those statutes if:

YOU ARE UNEMPLOYED OR UNDER-EMPLOYED, HAVE (FOR A CONTINUOUS PERIOD OF AT LEAST TWO YEARS PRIOR TO THE COMMENCEMENT OF THIS FORECLOSURE ACTION) OWNED AND OCCUPIED THE PROPERTY BEING FORECLOSED AS YOUR PRINCIPAL RESIDENCE AND HAVE NOT RECEIVED AN EMERGENCY MORTGAGE ASSISTANCE LOAN AND HAVE NOT APPLIED FOR EMERGENCY MORTGAGE ASSISTANCE FOR TWO YEARS BEFORE THE APPLICATION UNDER P.A. 93-414. YOU MAY BE ENTITLED TO CERTAIN RELIEF UNDER THESE STATUTES.  <u>YOU SHOULD CONSULT AN ATTORNEY TO DETERMINE YOUR RIGHTS UNDER THOSE STATUTES</u>.

In order to qualify for relief under those statutes, you must make application for protection from foreclosure within <u>25 DAYS</u> of the return date.

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW<br/>50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589

# SCHEDULE A

| | |
|---|---|
| EASTERLY: | By "Lot 1 Area = 6.34 Ac." and by "Lot 2 Area = 2.00 Ac.", both as shown on said map, in all, a distance of fifty and ten one-hundredths (50.10) feet; |
| SOUTHERLY: | By land now or formerly of Henry Francis Boyer, as shown on said map, a distance of one hundred and no one-hundredths (100.00) feet; and |
| WESTERLY: | By Main Street, as shown on said map, a distance of fifty and ten one-hundredths (50.10) feet. |

The First Piece and Second Piece herein described are conveyed together with the right to pass and repass on foot or in vehicles, over the common driveway, as presently located, over that portion thereof as traverses the land as "Lot 1 Area = 6.34 Ac.", as shown on the map or plan hereinabove described and together with the right to locate, install and maintain, within or adjacent to said common driveway, normal residential utility lines including electricity, water, sewer, telephone and/or cable lines which shall not interfere with the use in common of said driveway for access to any of said properties referred to.

Said premises are conveyed together with and subject to a certain Declaration of Easement for Driveway and Utilities dated January 16, 2004 and recorded in Volume 1992 at Page 199 of the Glastonbury Land Records.

03349-01039

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

# EXHIBIT A

| | | |
|---|---|---|
| **RETURN DATE: SEPTEMBER 25, 2007** | : | **SUPERIOR COURT** |
| **THE BANK OF NEW YORK, AS TRUSTEE FOR BS ALT A 2005-9** | : | **JUDICIAL DISTRICT OF HARTFORD** |
| **VS:** | : | **AT HARTFORD** |
| | : | |
| **SONJA V. BELL, ET. AL** | : | **SEPTEMBER 5, 2007** |

## AMENDED LIS PENDENS

Notice is hereby given of the pendency of a civil action between the above-named Plaintiff and against Sonja V. Bell, Mortgage Electronic Registration Systems, Inc. as Nominee for Altara Home Mortgage, LLC, by Writ dated September 5, 2007, and made returnable to the Superior Court for the Judicial District of Hartford at Hartford on September 25, 2007, which action is brought, inter alia, to foreclose a certain mortgage from the Defendant(s), Sonja V. Bell, to Mortgage Electronic Registration Systems, Inc. as Nominee for Altara Home Mortgage, LLC, which mortgage was dated June 17, 2005 and recorded June 23, 2005 in Volume 2205 at Page 298 of the Glastonbury Land Records. . Said Mortgage was assigned to The Bank of New York, as Trustee for BS ALT A 2005-9 by virtue of an Assignment of Mortgage to be recorded on the Glastonbury Land Records.

In said action, the following items are claimed:

1. Foreclosure of the Mortgage;

2. Possession of the Property;

3. Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);

4. A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);

5. Interest (unless same has been precluded by virtue of a Bankruptcy filing);

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

6.   Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);

7.   Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and

8.   Such other and further relief as the Court may deem just and equitable.


The property the plaintiff seeks an interest in and to is located in the Town of Glastonbury, County of Hartford and State of Connecticut, and is known as 54 Main Street, Glastonbury, Connecticut, and is more particularly bounded and described as set forth in Schedule A attached hereto.

Dated at Hartford, Connecticut on September 5, 2007

Plaintiff


By_____/Andrew Barsom/_____
    Andrew Barsom, Esq.
    Hunt Leibert Jacobson, P.C.
    Its Attorneys

03349-01039

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589

# SCHEDULE A

EASTERLY:            By "Lot 1 Area = 6.34 Ac." and by "Lot 2 Area = 2.00 Ac.", both as
                     shown on said map, in all, a distance of fifty and ten one-hundredths
                     (50.10) feet;

SOUTHERLY:           By land now or formerly of Henry Francis Boyer, as shown on said
                     map, a distance of one hundred and no one-hundredths (100.00) feet;
                     and

WESTERLY:            By Main Street, as shown on said map, a distance of fifty and ten
                     one-hundredths (50.10) feet.

The First Piece and Second Piece herein described are conveyed together with the right to pass and
repass on foot or in vehicles, over the common driveway, as presently located, over that portion
thereof as traverses the land as "Lot 1 Area = 6.34 Ac.", as shown on the map or plan hereinabove
described and together with the right to locate, install and maintain, within or adjacent to said
common driveway, normal residential utility lines including electricity, water, sewer, telephone
and/or cable lines which shall not interfere with the use in common of said driveway for access to
any of said properties referred to.

Said premises are conveyed together with and subject to a certain Declaration of Easement for
Driveway and Utilities dated January 16, 2004 and recorded in Volume 1992 at Page 199 of the
Glastonbury Land Records.

«Our_File_»

HUNT LEIBERT JACOBSON, P.C.  ●  ATTORNEYS AT LAW
50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589